FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 25, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEMECIO VALDOVINOS,<br><br>        Plaintiff,<br><br>        v.<br><br>LIVE NATION ENTERTAINMENT, INC.; STARPLEX, INC., doing business as CROWD MANAGEMENT SERVICES (CMS); STARPLEX/CMS EMPLOYEES JOHN DOE SECURITY GUARDS 1-5; STARPLEX/CMS EMPLOYEE JOSEPH WILSON and his marital community; GRANT COUNTY, a Washington Municipal Corporation and GRANT COUNTY SHERIFF'S DEPUTIES JOHN DOES 1-5, individually, and as Grant County Deputy Sheriffs,<br><br>        Defendants. | No. 2:25-CV-324-SAB<br><br>**ORDER DISMISSING DEFENDANT LIVE NATION ENTERTAINMENT, INC.** |

    Before the Court is the parties' Stipulated Motion to Dismiss Defendant Live Nation Entertainment, Inc., ECF Nos. 20 and 25. The parties stipulate and request the Court dismiss Defendant Live Nation Entertainment, Inc. with prejudice, and without costs or attorney fees to any party. Pursuant to Federal Rule of Civil

**ORDER DISMISSING DEFENDANT LIVE NATION ENTERTAINMENT, INC.** # 1

Procedure 41(a)(1)(A)(ii) and the joint wishes of the parties, the Court finds good cause to grant the motion.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion to Dismiss Defendant Live Nation Entertainment, Inc., ECF Nos. 20 and 25 is **GRANTED**.

2. Defendant Live Nation Entertainment, Inc. is **DISMISSED with prejudice** and without costs or attorney's fees to any party.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to file this Order and provide copies to counsel.

**DATED** this 25th day of February 2026.



Stan Bastian
Chief United States District Judge

**ORDER DISMISSING DEFENDANT LIVE NATION ENTERTAINMENT, INC.** # 2